## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

MICHAEL L. BOGAN,                    )
                                     )
            Plaintiff,               )
                                     )
v.                                   )          Civil Action No. 3:09CV705–HEH
                                     )
THE ROOMSTORE, INC.,                 )
                                     )
            Defendant.               )

### ORDER
#### (Denying Defendants' Motion to Dismiss)

This matter is before the Court on Defendants' Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. For the reasons detailed in the accompanying Memorandum Opinion, the Motion to Dismiss is DENIED.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                            /s/
                                     _____
                                     Henry E. Hudson
                                     United States District Judge

Date: Jan. 29, 2010
Richmond, VA